```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**ERNESTINE MITCHELL,** *et al.*       \*
                                        \*
    **Plaintiffs,**            \*
                                        \*
**vs.**                                 \*        CIVIL ACTION 05-00281-P-B
                                        \*
**FORD MOTOR COMPANY,**                 \*
                                        \*
    **Defendant.**            \*

<u>**ORDER**</u>

This action is before the Court on Defendant's Motion to Compel(Doc. 27). In its motion, Defendant asserts that Plaintiffs Ernestine Mitchell and Otis Mitchell were served with Defendant's First Set of Interrogatories and First Request for the Production of Documents on August 29, 2005, and that Plaintiffs have failed to provide responses despite requests from Defendant's counsel. In an Order dated November 28, 2005(Doc. 28), the Court directed Plaintiffs to file a response to Defendant's motion by December 5, 2005. To date, Plaintiffs have filed no response to Defendant's motion, and have not sought an extension of time in which to do so.

Rule 37 of the Federal Rules of Civil Procedure provides that the Court may compel disclosure and may enter sanctions against individuals who fail to make disclosures or participate in discovery. The rule provides, in pertinent part, that:

> If the motion [to compel] is granted or if the
> disclosure or requested discovery is provided after the

> motion was filed, the court shall, after affording an opportunity to be heard, require the party or deponent whose conduct necessitated the motion or the party or attorney advising such conduct or both of them to pay to the moving party the reasonable expenses incurred in making the motion, including attorney's fees, unless the court finds that the motion was filed without the movant's first making a good faith effort to obtain the disclosure or discovery without court action, or that the opposing party's nondisclosure, response, or objection was substantially justified, or that other circumstances make an award of expenses unjust.

Fed. R. Civ. P. 37(a)(4)(A).  In the case sub judice, Plaintiffs have failed to respond to Defendant's motion, let alone offer any evidence to controvert the assertions contained in Defendant's motion.  Accordingly, based upon the undisputed assertions contained in Defendant's motion, the Court **GRANTS** Defendant's Motion to Compel (Doc. 27), and **DIRECTS** Plaintiffs Ernestine Mitchell and Otis Mitchell to fully respond to Defendant's First Set of Interrogatories and First Request for the Production of Documents by **January, 13 2006,** to the extent that they have not already done so.  Additionally, Plaintiffs and their counsel are **ORDERED** to show cause, on or before **January 13, 2006**, why this Court should not impose sanctions pursuant to Fed. R. Civ. P. 37 (a)(4)(A).

    DONE this **3rd** day of **January, 2006.**

                                                 /S/ SONJA F. BIVINS
                                                 **UNITED STATES MAGISTRATE JUDGE**